822

No. 196.   Wofford et al. v. North Carolina State Highway Commission.   Sup. Ct. N. C.   Certiorari denied.   *Roy L. Deal* for petitioners.

No. 198.   Stuff v. E. C. Publications, Inc., et al. C. A. 2d Cir.   Certiorari denied.   *Martin M. Pollak* and *Samuel J. Stoll* for petitioner.   *Martin J. Scheiman* for respondents.

No. 199.   Diaz et al. v. United States.   C. A. 5th Cir.   Certiorari denied.   *G. Wray Gill* and *Paul H. Brinson* for petitioners.   *Solicitor General Cox, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 200.   Bates, dba Fratelli's Restaurant v. Board of Liquor Control et al.   Sup. Ct. Ohio.   Certiorari denied.   *Alvin J. Savinell* for petitioner.   *William B. Saxbe,* Attorney General of Ohio, for respondents.

No. 201.   Penzien et al. v. Dielectric Products Engineering Co., Inc.   Sup. Ct. Mich.   Certiorari denied.   *Harold A. Cranefield* for petitioners.   *Raymond K. Dykema* for respondent.

No. 208.   Machinery, Scrap Iron, Metal & Steel Chauffeurs, Warehousemen, Handlers, Helpers, Alloy Fabricators, Theatrical, Exposition, Convention & Trade Show Employees, Local Union No. 714, International Brotherhood of Teamsters v. Madden, Regional Director, National Labor Relations Board. C. A. 7th Cir.   Certiorari denied.   *Mayer Goldberg* for petitioner.   *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.